FILED BY ___ D.C.

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 JUN 13 PM 3: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

STEVEN W. BEAL,

        Plaintiffs,

VS.                                                   NO. 04-2161-D/An

SECURITY FIRE PROTECTION, INC.,

        Defendants.

## CONSENT ORDER ALLOWING RELEASE
## OF PSYCHOLOGICAL RECORDS

IT APPEARING to the Court from statements of counsel, the parties and the record as a whole, including the attached Medical Authorization Release, that Patient/Psychologist privilege may hereby be waived and that Psychologist, Rebecca Caperton, is hereby authorized to release all information that she may possess relating to the treatment, examination, diagnosis, and all other documents and records which comprise the medical records and files of Steven Beal, a/k/a Samantha Beal.

JUDGE

DATE: June 10, 2005

APPROVED FOR ENTRY:

STEVEN W. BEAL
Pro Se Plaintiff
1000 Sutton Place  #811
Horn Lake, MS   38637
(901) 826-8622

25858

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-14-05_

28

MARK A. LAMBERT (#022509)
Counsel for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

25858

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02161 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT