**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 NOV 14  AM 9: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T MEMPHIS

| | | |
|---|---|---|
| SAMANTHA W. BEAL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO.   04-2161 D/An |
| | ) | |
| SECURITY FIRE PROTECTION, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER GRANTING IN PART MOTION TO EXTEND FINAL
DATE FOR DEPOSITIONS AND DISPOSITIVE MOTIONS**

---

Before the Court is the Defendant's Motion to Extend Final Date for Depositions and

Dispositive Motions filed on November 7, 2005. For the following reasons, the Motion is

**GRANTED** in part and **DENIED** in part.

The deadline for depositions in this matter was set on July 15, 2005. Both parties,

however, still wish to depose Ms. Cheryl Dennison, a former employee of the Defendant who

became incapacitated on or about March 2, 2005. Ms. Dennison is no longer subject to an

incapacity and is able to submit to a deposition or, alternatively, to provide an affidavit.

Therefore, Defendant seeks to extend the deadline for depositions to enable both parties to obtain

discovery from Ms. Dennison prior to trial. Therefore, for good cause, the deadline for

depositions is extended to November 30, 2005 so that both parties may depose Ms. Dennison.

Defendant also seeks to extend the deadline for dispositive motions to November 30,

2005. Trial in this matter, however, is set for December 19, 2005 and the deadline for filing

dispositive deadlines set in the Scheduling Order was August 15, 2005. A pretrial conference is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

34

set for December 5, 2005 before United States District Judge Bernice B. Donald.  The parties can

raise the issue of additional time to file dispositive motions and, as a result thereof, the need to

continue the trial date at that time with Judge Donald if they desire to do so.

**IT IS SO ORDERED.**

_S. Thomas Ande_____

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _November 10, 2005_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02161 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Samatha Anne Beal
1000 Sutton Place Pl. # 514
Horn Lake, MS 38637

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT