FILED BY ___ D.C.

05 DEC -5 PM 3: 42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SAMANTHA W. BEAL,

    Plaintiff,

v.

                              Case No.: 04-2161 D An

SECURITY FIRE PROTECTION, INC.,

    Defendant.

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

AMENDING PLEADINGS: December 31, 2005

[1]COMPLETING ALL DISCOVERY: February 28, 2006

    (a)    DOCUMENT PRODUCTION: February 28, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: February 28, 2006

    (c)    EXPERT DISCLOSURE (Rule 26):

           (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 28, 2006

           (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: February 28, 2006

---

[1]ALL DISCOVERY MUST BE ISSUED IN TIME TO BE COMPLETED BY THE DISCOVERY BAR DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



FILING PRETRIAL MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT): March 31, 2006

OTHER RELEVANT MATTERS: Mediation for Magistrate Judge after February 28, 2006.

This trial is expected to last 2-3 days and is **SET FOR TRIAL** at 9:00 a.m. on **Monday, June 19, 2006.** A pretrial conference is set for 8:45 a.m. on **Monday, June 5, 2006.** A joint pretrial order shall be submitted no later than 5:00 p.m. on **Monday, May 30, 2006.** Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying the parties inability to resolve the dispute. The proposed <u>joint</u> pretrial order should include any stipulated facts, contested issues of fact and or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the Court at the pre-trial conference. Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the Judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

**IT IS SO ORDERED** this 5th day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02161 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Samatha Anne Beal
1000 Sutton Place Pl. # 514
Horn Lake, MS 38637

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT