IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SAMANTHA W. BEAL,

    Plaintiff,

v.

                                   Case No.: 04-2161 D An

SECURITY FIRE PROTECTION, INC.,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINE
## FOR DISPOSITIVE MOTIONS

It appearing to the Court, for good cause shown, that Defendant's motion to extend the dispositive motions deadline is well-taken; it is therefore

ORDERED, ADJUDGED AND DECREED that the dispositive motions deadline is extended until March 31, 2006.

**IT IS SO ORDERED** this 6th day of November, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02161 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Samatha Anne Beal
1000 Sutton Place Pl. # 514
Horn Lake, MS 38637

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT